(No. 6487-)

TRIANGLE TIRE AND BATTERY CO., INC., Claimant, vs. STATE OF ILLINOIS, DIVISION OF HIGHWAYS, Respondent.

*Opinion filed April 18, 1972.*

TRIANGLE TIRE AND BATTERY CO., INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.